UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Angela Braxton,** | : |
| **Plaintiff,** | : |
| v. | : Civil Action No. 07-0632 (CKK) |
| **District of Columbia,** | : |
| **Defendant.** | : |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of the Court will please note the entry of the appearance of Amy Caspari, Assistant Attorney General, herein, as counsel for the Defendant in this matter.

        Respectfully submitted,

        LINDA SINGER
        Attorney General
        for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/ Edward P. Taptich*
        EDWARD P. TAPTICH [#012914]
        Chief, Equity Section II

        */s/ Amy Caspari*
        Amy Caspari [#488968]
        Assistant Attorney General
        441 Fourth Street, N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 724-7794
April 25, 2007        amy.caspari@dc.gov