UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Angela Braxton,** : | |
| **Plaintiff,** : | |
| v.   : | Civil Action No. 07-0632 (CKK) |
| **District of Columbia,** : | |
| **Defendant.** : | |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME**
**TO RESPOND TO COMPLAINT**

The Defendant, by counsel and pursuant to Fed. R. Civ. P. 6 (b)(1), hereby moves this Court for an enlargement of time – to May 18, 2007 – to respond to the Complaint herein.

Plaintiff is appealing an administrative decision under the Individuals With Disabilities Education Improvement Act of 2004 ("IDEIA"), 20 U.S.C. 1400 et seq.

To allow the Defendant to gather agency documents that are necessary to answer the claims, the Defendant respectfully requests that this Court enlarge the time to file its response to the Complaint herein.

Counsel for the Plaintiff has consented to a grant of this motion.

Respectfully submitted,

LINDA SINGER
Attorney General

for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

 **/s/ *Edward P. Taptich***
EDWARD P. TAPTICH [#012914]
Chief, Equity Section 2
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7334

***/s/ Amy Caspari***
Amy Caspari [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7794
amy.caspari@dc.gov

April 25, 2007

2