UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Angela Braxton,** | : |
| **Plaintiff,** | : |
| v. | : Civil Action No. 07-0632 (CKK) |
| **District of Columbia,** | : |
| **Defendant.** | : |

**DEFENDANT'S ANSWER TO COMPLAINT**

Defendant, by counsel, hereby answers Plaintiff's Complaint as follows (paragraph numbers below correspond to the paragraph numbers in the Complaint):

1. Defendant admits the allegation in the first sentence of paragraph 1. The remaining allegations in paragraph 1 are the pleader's characterizations, to which no response is required. If a response is required, then the same are denied.

2. Defendant admits the allegations in paragraph 2.

3. Defendant admits the allegations in paragraph 3.

4. Defendant lacks knowledge and information sufficient to answer the allegations in paragraph 4 at this time.

5. Defendant admits the allegations in paragraph 5.

6. Defendant admits the allegations in paragraph 6.

7. Defendant lacks knowledge and information sufficient to answer the allegations in paragraph 7 at this time.

8. Defendant lacks knowledge and information sufficient to answer the allegations in paragraph 8 at this time.

9. Defendant lacks knowledge and information sufficient to answer the allegations in paragraph 9 at this time.

10. The allegations in paragraph 10 are the pleader's characterizations of a record document which speaks for itself, to which no response is required. If a response is required, then the same are denied.

11. Defendant denies the allegations in paragraph 11.

12. Defendant denies the allegations in paragraph 12.

13. The allegations in paragraph 13 are the pleader's characterizations of a record document which speaks for itself, to which no response is required. If a response is required, then the same are denied.[1]

14. Defendant lacks knowledge and information sufficient to answer the allegations in paragraph 14 at this time.

15. Defendant admits the allegations in paragraph 15.

16. Defendant admits that an HOD was issued on January 4, 2007, the remaining allegations in paragraph 16 are the pleader's characterizations of a record document which speaks for itself, to which no response is required. If a response is required, then the same are denied.

## COUNT I

17. The Defendant incorporates as though restated each of the answers in paragraphs 1 through 16 above.

---

[1] Footnote 1 represents legal and/or factual arguments of the pleader, to which no response is required.

18-20.  The allegations in paragraphs 18-20 are the pleader's conclusions of law to which no response is required.  If a response is required, then the same are denied.

### COUNT II

21.  The Defendant incorporates as though restated each of the answers in paragraphs 1 through 20 above.

22-24.  The allegations in paragraph 22-24 are the pleader's conclusions, to which no response is required.  If a response is required, then the same are denied.

**BY WAY OF FURTHER ANSWER**, the Defendant denies all allegations contained in the complaint not otherwise responded to or admitted.

### FIRST AFFIRMATIVE DEFENSE

The Hearing Officer's Decision is supported by substantial evidence in the administrative record and should be affirmed.

Respectfully submitted,

LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

*/s/ Amy Caspari*
Amy Caspari [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7794
amy.caspari@dc.gov

May 18, 2007