UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGELA BRAXTON,<br><br>  Plaintiff,<br><br>  v.<br><br>DISTRICT OF COLUMBIA,<br><br>  Defendant. | Civil Action No. 07-632 (CKK) |

**ORDER**
(June 28, 2007)

On April 4, 2007, Plaintiff filed her Complaint in this action, seeking injunctive and declaratory relief under the Individuals with Disabilities Education Act ("IDEA"). Defendant filed an Answer to Plaintiff's Complaint on May 18, 2007. In light of this filing, it is, this 28th day of June, 2007, hereby

**ORDERED** that the parties in the above-captioned action shall confer and propose a schedule for proceeding in this matter. The schedule should set out dates for the filling of the Administrative Record in this case, as well as requested dates for planned dispositive motions. The parties shall file the schedule not later than July 27, 2007.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/_
　　　　　　　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge