THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANGELA BRAXTON,<br>      Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>      Defendant. | )<br>)<br>)<br>)  Civil Action No. 07-632<br>)  CKK<br>)<br>)<br>)<br>) |

## REPORT OF PARTIES UNDER LOCAL RULE 16.3

**Joint Statement of the Case and its Bases**

This is a case brought under the Individuals with Disabilities Education Improvement Act of 2004, 20 U.S.C. § 1400 *et. seq.*("IDEIA"), following an administrative decision dismissing all of the Plaintiff's claims. The Plaintiff seeks a declaratory judgment, funding of an independent evaluation, and a meeting to revise the child's Individualized Education Program and to determine compensatory education.

**Parties' Proposal**

The Parties have conferred, and state as follows:

1. The Parties expect the case to be resolved by dispositive motion.

2. The Parties have discussed the issues in the case, and do not expect to narrow the issues any further.

3. The Parties do not wish the case to be referred to a magistrate judge.

4. The Parties do not believe that settlement will be possible.

5. The Parties do not think that this case would benefit from ADR.

6. The parties have agreed to the following schedule of deadlines in light of the

   - August 17, 2007 – Defendant's filing of administrative record;

1

- September 14, 2007 – Plaintiff's Motion for Summary Judgment;

- September 28, 2007 – Defendant's Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment;

- October 12, 2007 – Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Reply to Defendant's Opposition;

- October 26, 2007 – Defendant's Reply to Plaintiff's Opposition.

7. The Parties stipulate to dispense with the requirements of Rule 26(a)(1).

8. The Parties do not currently believe that discovery or experts will be necessary.

9. The Parties do not recommend bifurcation.

The Parties propose that all other scheduling be decided if necessary following the resolution of the motions for summary judgment.

Respectfully submitted,

/s/_____
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave. NW, Suite 400
Washington, DC  20009
(ph) (202) 265-4260
(f) (202) 265-4264

/s/_____
Amy Caspari
Assistant Attorney General
for the District of Columbia
Civil Division, Equity II
441 4th St., N.W., 6th Fl. S
Washington, D.C. 20001

2

202-724-7794 phone
202-727-6014 fax

3

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANGELA BRAXTON,  )<br>　　　　Plaintiff,　　　　　)<br>　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>DISTRICT OF COLUMBIA, )<br>　　　　Defendant.　　　　　) | Civil Action No. 07-632<br>CKK |

## ORDER

This matter having come before the Court for an initial scheduling conference and the Court having considered the requests of the Parties, this Court issues the following scheduling order.  It is hereby

ORDERED that the Parties shall comply with the following directives:

1) The Defendant shall file the administrative record and the transcript of the administrative hearing on or before August 17, 2007;

2) The Plaintiff shall file her Motion for Summary Judgment by September 14, 2007;

3) The Defendant shall file its Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment by September 28, 2007;

4) The Plaintiff shall file her Plaintiff Opposition to Defendant's Motion for Summary Judgment and Reply to Defendant's Opposition by October 12, 2007;

5) The Defendant shall file its Reply to Plaintiff's Opposition by October 26, 2007.

It is further ORDERED that this matter is exempt from the requirements of FRCP 26(a)(1).

SO ORDERED.

                                                                              _____
Judge Colleen Kollar-Kotelly
United States District Judge