UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Angela Braxton,** | : |
| **Plaintiff,** | : |
| v. | : Civil No. 07-0632 (CKK) |
| **District of Columbia,** | : |
| **Defendant.** | : |

## ERRATA

Defendant filed its Motion for Summary Judgment on Friday September 28, 2007. The memorandum of points and authorities, and the related documents and exhibits, were attached thereto. However, Defendant inadvertently failed to attach the motion itself. Thus, the motion is attached hereto.

    Respectfully submitted,

    LINDA SINGER
    Acting Attorney General
    for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    */s/ Edward P. Taptich*
    EDWARD P. TAPTICH [#012914]
    Chief, Equity Section II

          ***/s/ Amy Caspari***
AMY CASPARI [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7794

October 1, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Angela Braxton,** | : |
| **Plaintiff,** | : |
| v. | : Civil Action No. 07-0632 (CKK) |
| **District of Columbia,** | : |
| **Defendant.** | : |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant District of Columbia, by counsel, respectfully moves for summary judgment pursuant to Fed. R. Civ. Pro. 56 and LCvR 56.1.

A memorandum of points and authorities, and a statement of material facts as to which there are no genuine issues in dispute are attached hereto.

    Respectfully submitted,

    LINDA SINGER
    Attorney General
    for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    ***/s/ Edward P. Taptich***
    EDWARD P. TAPTICH [#012914]
    Chief, Equity Section II

2

*/s/ Amy Caspari*
AMY CASPARI [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7794

September 28, 2007