IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANGELA BRAXTON, | ) | |
| Plaintiff, | ) | |
|  | ) | Civil Action No. 07-632 |
| v. | ) | CKK |
|  | ) | |
| DISTRICT OF COLUMBIA | ) | |
| Defendant. | ) | |
|  | ) | |

## NOTICE AND STIPULATION OF DISMISSAL

The Parties hereby stipulate to dismissal of all claims and state as follows:

1) Neither the Plaintiff nor the minor child will be harmed by the dismissal.

2) The Defendant has made no counter claims, so it will not be harmed by the dismissal.

Respectfully submitted,

/s/ Douglas Tyrka
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave., NW, Suite 400
Washington, D.C. 20009
Phone: (202) 265-4260
Fax: (202) 265-4264


LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914

          /s/
Amy Caspari [#488968]
Assistant Attorney General
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 724-7794